[No. 2970.   Decided December 5, 1898.]

NORTHERN PACIFIC RAILWAY COMPANY, *Appellant*, v JOHN H. NEEDHAM *et al., Respondents*.

Appeal from Superior Court, Yakima County.—Hon. JOHN B. DAVIDSON, Judge. Affirmed.

*Whitson & Parker*, and *Stephens & Bunn*, for appellant.

PER CURIAM.—This case falls within the rule of *Moore v. Cormode*, ante, p. 305, and is accordingly affirmed.

---

[No. 3042.   Decided December 5, 1898.]

WILLIAM L. POWERS *et al., Appellants*, v. JACOB SLAGHT, *Respondent*.

Appeal from Superior Court, Whitman County.—Hon. WILLIAM McDONALD, Judge. Affirmed.

*Stephens & Bunn* (*James B. Kerr*, of counsel), for appellants. *Wyman & Neill*, and *W. E. McCroskey*, for respondent.

PER CURIAM.—This case falls within the rule of *Moore v. Cormode*, ante, p. 305, and is accordingly affirmed.